DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERTO R. ALGABA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1302

[July 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Kollra, Judge; L.T. Case No.12-13378CF10A.

Alberto R. Algaba, Milton, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***